UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) 3:09-md-02100-DRH ) ) MDL No. 2100 ) |

**This Document Relates To:**

| | |
|---|---|
| *Iona Alabado v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10378-DRH |
| *Molly Babcock v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10535-DRH |
| *Cayla Becker v. Bayer Corporation, et al.* | No. 10-cv-20283-DRH |
| *Brooke Cagle v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12894-DRH |
| *JoBeth Clark v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12073-DRH |
| *Nicole Common v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11004-DRH |
| *Caitlin Corsetti v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13727-DRH |
| *Alexis Degelmann v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10348-DRH |
| *Heather Fenney v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12999-DRH |
| *Stacey Gillespie v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10091-DRH |
| *Elizabeth Turnbull Haynes v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10055-DRH |
| *Amy Isenberg v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10096-DRH |

| | |
|---|---|
| *Christina Jones, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10783-DRH |
| *Suzannah Marek v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11354-DRH |
| *Janet Nielsen v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10152-DRH |
| *Michelle Oller v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10349-DRH |
| *Talisa Palmer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10538-DRH |
| *Sandra Perez v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20002-DRH |
| *Leanne Tabone v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10192-DRH |
| *Katherine Vaughn v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11289-DRH |
| *Robyn Wasserman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11751-DRH |
| *Andrea Wilkins Y Martinez v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11400-DRH |

## **JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 5, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

> JUSTINE FLANAGAN,
> ACTING CLERK OF COURT
>
>
> BY:  /s/*Caitlin Fischer*
> Deputy Clerk

**Dated:** June 10, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.10
16:58:36 -05'00'

**APPROVED:**
  **CHIEF JUDGE**
  **U. S. DISTRICT COURT**

3